UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DILAWAR SINGH RAI,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>Defendants. | Case No. 1:26-cv-03576-JLT-FJS<br><br>ORDER CONTINUING SCHEDULING CONFERENCE |

On May 11, 2026, Plaintiff commenced this action. (ECF No. 1.) The initial scheduling conference is currently set for September 23, 2026. (ECF No. 9.) On May 12, 2026, the clerk of the court issued summons for Defendants. (ECF No. 3.) On July 6, 2026, Plaintiff filed proofs of service of the summons and complaint. (ECF No. 5.) To date, Defendants have not filed responsive pleadings. Generally, the court will not hold an initial scheduling conference with a defendant who has not appeared and answered.

Accordingly, the scheduling conference currently set for September 23, 2026, is continued to December 2, 2026, at 11:30 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer. The parties shall file a joint scheduling report seven (7) days prior to the conference. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the courtroom deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated: **September 16, 2026**

UNITED STATES MAGISTRATE JUDGE