UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DILAWAR SINGH RAI,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>Defendants. | Case No. 1:26-cv-03576-JLT-FJS<br><br>ORDER GRANTING STIPULATION EXTENDING DATES<br><br>(ECF No. 10) |

On May 11, 2026, Plaintiff commenced this action seeking adjudication of his I-485 application to adjust status. (ECF No. 1.) In a September 16, 2026, joint status report, the parties stipulated to and requested a continuance of certain dates including the time for Defendants to file responsive pleadings. (ECF No. 10.) This status report advised the court that "[t]he agency has advised that it intends to issue a notice to Plaintiff regarding his Application in the next thirty days." (ECF No. 10.)

Based on the parties' stipulation and for good cause shown (ECF No. 10), it is hereby ORDERED that Defendants shall have through and including October 16, 2026, to file an answer or other responsive pleading in this case.

IT IS SO ORDERED.

Dated: **September 21, 2026**

UNITED STATES MAGISTRATE JUDGE