UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DILWAR SINGH RAI,<br>Plaintiff,<br>v.<br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br>Defendants. | Case No. 1:26-CV-03576-JLT-FJS<br>ORDER CONTINUING THE DECEMBER 2, 2026, SCHEDULING CONFERENCE<br>ORDER DIRECTING DEFENDANTS TO SERVE THIS ORDER ON PLAINTIFF |

On October 23, 2026, this court ordered (ECF No. 15) Defendants to file their responsive pleading no later than December 15, 2026. Because there is no responsive pleading in this action, the court finds it necessary to continue the scheduling conference currently set for December 2, 2026.

Accordingly, the SCHEDULING CONFERENCE currently set for December 2, 2026, is continued to January 28, 2027, at 9:00 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer. The parties shall file a Joint Scheduling Report seven (7) days prior to the conference. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the Courtroom Deputy prior to the

conference. The conference number and password are confidential and are not to be shared. Defendants are HEREBY DIRECTED to serve a copy of this order on Plaintiff.

IT IS SO ORDERED.

Dated: **November 25, 2026**

UNITED STATES MAGISTRATE JUDGE